UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK STEPHEN WARD** | **CIVIL ACTION NO. 05-4242** |
| **VERSUS** | **SECTION "B"** |
| **TEXTRON MARINE AND LAND SYSTEMS, A DIVISION OF TEXTRON** | **MAG. 5** |

FILED: _____     _____
                                                                    DEPUTY CLERK

---

### RULE 7.1 DISCLOSURE

Defendant, Textron Marine and Land Systems, A Division of Textron, ("Textron") submits the attached as their Rule 7.1 Disclosure.

Respectfully submitted,
**Couhig Partners, LLP**

_Denise M. Pilié_
Denise M. Pilié, #14323
1100 Poydras Street, Suite 1150
New Orleans, LA 70163
Phone: (504) 588-1288
Fax: (504) 588-9750

## CERTIFICATE OF SERVICE

A copy of the foregoing Rule 7.1 Disclosure has this date been served on all counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | (X) | Prepaid U. S. Mail |
| ( ) | Facsimile | ( ) | Other |

New Orleans, Louisiana, this 30th day of November, 2005.

*Denise M. Pilié*

**Denise M. Pilié**

# TEXTRON INC.

## Assistant Secretary's Certificate

I, ANN T. WILLAMAN, a duly elected Assistant Secretary of TEXTRON INC., a Delaware corporation, do hereby certify that Textron Marine & Land Systems, with its principal place of business located at 19401 Chef Menteur Highway, New Orleans, Louisiana 70129, is an unincorporated operating division of Textron Inc. and, as such, has no separate legal standing from that of Textron Inc.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Corporate Seal this 30th day of November, 2005.

CORPORATE SEAL

_____
Assistant Secretary

C:\Documents and Settings\awilla01\Local Settings\Temporary Internet Files\OLK1C1\TMLS - division status.doc